# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| ROSS, ALLYNE R. | U.S.D.C., EDNY | 01/09/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT, EDNY
225 CADMAN PLAZA EAST
ROOM 915 SOUTH
BROOKLYN, NY 11201

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | Partner in Strook & Strook & Lavan LLP |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Trust #1 | | | | | | | | | |
| 2.   -Life Insurance Policy Inssued by Northwestern Mutual | | None | J | W | | | | | |
| 3.   IRA #1(reflects Int/Div income on this line) | E | Int./Div. | P1 | T | | | | | |
| 4.   -(reflects Capital Gains Distribution on this line | A | Distribution | | | | | | | |
| 5.   -BP PLC | | | | | Sold | 04/17/13 | J | A | |
| 6.   -Cisco Systems | | | | | Buy (add'l) | 05/13/13 | J | | |
| 7.   -Glaxo SmithKline | | | | | Buy | 07/1/13 | J | | |
| 8.   -Glaxo SmithKline | | | | | Sold | 09/13/13 | J | A | |
| 9.   -Google | | | | | Sold | 05/24/13 | K | D | |
| 10.   -Morgan Stanley Liquid Assets | | | | | Sold | 05/08/13 | K | | |
| 11.   -Transamerica Short-Term Bond Fund | | | | | Buy | 05/08/13 | K | | |
| 12.   -General Electric | | | | | | | | | |
| 13.   -Annaly Capital Mgt. | | | | | Sold | 05/13/13 | K | | |
| 14.   -American Express | | | | | | | | | |
| 15.   -Eli Lilly & Co. | | | | | Sold | 05/10/13 | K | D | |
| 16.   -Citigroup | | | | | | | | | |
| 17.   -Intel | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Microsoft | | | | | Sold | 05/09/13 | K | C | |
| 19. -Windstream | | | | | Sold | 01/08/13 | J | | |
| 20. -Viacom | | | | | | | | | |
| 21. -ishares Short Treas. Bond Fund | | | | | | | | | |
| 22. -ishares FTSE NAREIT MTGE Fund | | | | | Sold | 07/23/13 | K | | |
| 23. -Powershares ETF Final PFD Portofolio | | | | | | | | | |
| 24. -Enterprise Prods Partners | | | | | | | | | |
| 25. -Putnam Premier Income Trust | | | | | | | | | |
| 26. -BlackRock Global Energy & Resources Trust | | | | | | | | | |
| 27. -Boardwalk Pipeline Partners | | | | | Sold | 11/01/13 | K | A | |
| 28. -Eaton Vance Limited Duration Fund | | | | | | | | | |
| 29. -Dow Chemical | | | | | | | | | |
| 30. -Conoco Phillips | | | | | | | | | |
| 31. -Cohen & Steers Infrastructure Fund | | | | | | | | | |
| 32. -Invesco Capital Mortgage | | | | | Sold | 05/30/13 | K | | |
| 33. -Kayne Anderson Energy Dev. Co | | | | | | | | | |
| 34. -Bristol Myers Squibb | | | | | Sold | 04/12/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --CenturyLink | | | | | Sold | 01/24/13 | K | | |
| 36. -Bank of America | | | | | | | | | |
| 37. -Freeport McMoran Copper & Gold | | | | | | | | | |
| 38. -General Mills | | | | | Sold | 05/17/13 | J | B | |
| 39. -AT &T | | | | | Buy (add'l) | 04/26/13 | J | | |
| 40. -Clorox | | | | | Sold | 08/30/13 | K | C | |
| 41. -Telstra | | | | | Sold | 11/21/13 | K | B | See Part VIII |
| 42. -Medical Properties Tr. | | | | | | | | | |
| 43. -Pepsico | | | | | Buy | 10/26/12 | K | | |
| 44. -TC Pipelines LP | | | | | Sold | 04/17/13 | K | A | |
| 45. -Vale SA | | | | | Buy (add'l) | 08/29/12 | J | | |
| 46. -Mazor Robotics | | | | | Buy | 10/21/13 | J | | |
| 47. -Pfizer Inc. | | | | | Buy | 03/26/13 | K | | |
| 48. -Unilever | | | | | Buy | 12/10/13 | K | | |
| 49. -Vanguard European MSCI ETF | | | | | Buy (add'l) | 08/09/13 | J | | |
| 50. Walgreen | | | | | Buy | 10/03/13 | J | | |
| 51. Williams Partners | | | | | Buy | 11/12/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Weyerhauser | | | | | Buy | 11/27/12 | K | | |
| 53. -Cummins Inc. | | | | | Buy | 12/17/13 | J | | |
| 54. -DuPont | | | | | Buy | 04/12/13 | K | | |
| 55. -Eaton Corp. | | | | | Buy | 10/02/13 | K | | |
| 56. -NY CMNTY CAPITAL Trust | | | | | Buy (add'l) | 08/13/13 | J | | |
| 57. -Linn Energy | | | | | Buy | 12/20/13 | K | | |
| 58. -3D Systems Corp | | | | | Buy | 05/15/13 | J | | |
| 59. -American International Group | | | | | Buy | 12/18/13 | J | | See Part VIII |
| 60. -Pioneer MLTF AST ULT SHT FUND | | | | | | | | | |
| 61. -Apple | | | | | Buy | 05/24/13 | J | | |
| 62. -BCE Inc. | | | | | Buy | 09/20/13 | K | | |
| 63. -Blackstone Group | | | | | Buy | 03/08/13 | K | | |
| 64. IRA #2 | C | Int./Div. | L | T | | | | | |
| 65. -Dominion Resources | | | | | | | | | |
| 66. -Johnson & Johnson | | | | | | | | | |
| 67. -Citibank Account | | | | | | | | | |
| 68. -Keycorp Preferred | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Morgan Stanley Capital Tr. | | | | | | | | | |
| 70. -John Hancock Bank Fund | | | | | Sold | 02/08/13 | J | A | |
| 71. -Annaly Capital Mgt. | | | | | | | | | |
| 72. -Kayne Anderson Energy | | | | | | | | | |
| 73. -Cohen & Steers Infrastructure Fund | | | | | | | | | |
| 74. -Power Shares | | | | | | | | | |
| 75. -Brisol Myers Squibb | | | | | | | | | |
| 76. -Caterpillar | | | | | Buy | 10/26/12 | J | | |
| 77. -Pace Oil & Gas | | | | | Sold | 04/22/13 | J | | |
| 78. -Spyglass Resources | | | | | Buy | 04/22/13 | J | | |
| 79. -Freeport McMoran Copper & Gold | | | | | | | | | |
| 80. -Merck | | | | | Buy | 10/26/12 | J | | |
| 81. -Teva Pharmaceuticals | | | | | Buy | 10/26/12 | J | | |
| 82. Citibank Accounts | A | Interest | M | T | | | | | |
| 83. S&P Variable Participation Note | | None | N | T | | | | | |
| 84. Citigroup FDG MTN SR Index Note | | None | | | Redeemed | 09/12/13 | M | E | |
| 85. Vanguard Short-Term Investment Grade Fund | B | Dividend | | | Redeemed | 02/19/13 | O | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Ltd-Term Tax-Exempt Fund | D | Dividend | N | U | Buy | 02/19/13 | O | | See Part VIII |
| 87. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Buy (add'l) | 03/01/13 | K | | |
| 88. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Buy (add'l) | 03/13/13 | M | | |
| 89. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Redeemed (part) | 05/15/13 | N | | |
| 90. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Redeemed (part) | 06/18/13 | N | | |
| 91. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Buy (add'l) | 09/17/13 | L | | |
| 92. Vanguard Ltd-Term Tax-Exempt Fund | | | | | Buy (add'l) | 10/11/13 | K | | |
| 93. Vanguard Emerging Markets Index Fund | D | Dividend | N | U | | | | | See Part VIII |
| 94. Vanguard Mid-Cap Index Fund | E | Dividend | O | U | Redeemed (part) | 09/13/13 | J | C | See Part VIII |
| 95. Vanguard High-Yield Corporate Fund | C | Dividend | | | Redeemed | 02/20/13 | O | E | |
| 96. Vanguard High-Yield Tax-Exempt Fund | E | Dividend | O | U | | | | | See Part VIII |
| 97. Vanguard European Stock Index Fund | D | Dividend | N | U | Buy | 05/15/13 | N | | See Part VIIi |
| 98. General American Investors | D | Dividend | M | T | Buy (add'l) | 01/31/13 | J | | |
| 99. WFG-WPX Partners LLC | G | Distribution | N | W | | | | | |
| 100. WisdomTree Commodity Country ETF | B | Dividend | L | T | | | | | |
| 101. Wisdom Tree Managed Futures ETF | | None | L | T | | | | | |
| 102. Columbia Acorn Fund | E | Dividend | O | U | | | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. JP Morgan Midcap Value Fund | D | Dividend | M | U | | | | | See Part VIII |
| 104. Cameron International | | None | J | T | Sold | 04/04/13 | J | A | |
| 105. Cerner | | None | K | T | Sold (part) | 01/16/13 | J | | |
| 106. Cerner | | | | | Buy (add'l) | 11/05/13 | K | | |
| 107. Kimberly Clark | A | Dividend | J | T | Buy (add'l) | 07/07/13 | J | | |
| 108. Kimberly Clark | | | | | Buy (add'l) | 11/05/13 | J | | |
| 109. American Tower Corp.REIT | A | Dividend | K | T | Buy | 01/15/13 | J | | |
| 110. American Tower Corp. REIT | | | | | Buy (add'l) | 11/05/13 | K | | |
| 111. ARM Holdings | | None | K | T | Buy | 11/05/13 | K | | |
| 112. Astrazeneca | | None | J | T | Buy | 11/29/13 | J | | |
| 113. AthenaHealth | | None | K | T | Buy | 11/05/13 | K | | |
| 114. AthenaHealth | | | | | Buy (add'l) | 12/12/13 | J | | |
| 115. Biomarin Pharmaceutical | | None | K | T | Buy | 09/19/13 | J | | |
| 116. Biomarin Pharmaceutical | | | | | Buy (add'l) | 11/05/13 | J | | |
| 117. Celgene Corp. | | None | K | T | Buy | 10/04/13 | J | | |
| 118. Celgene Corp. | | | | | Buy (add'l) | 11/05/13 | K | | |
| 119. Marathon Oil | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Marathon Oil | | | | | Buy (add'l) | 11/05/13 | J | | |
| 121. Marathon Petroleum | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 122. Marathon Petroleum | | | | | Buy (add'l) | 11/05/13 | J | | |
| 123. Raytheon | A | Dividend | K | T | Buy (add'l) | 11/05/13 | J | | |
| 124. Allergan | A | Dividend | K | T | Buy (add'l) | 11/05/13 | J | | |
| 125. Citigroup | A | Dividend | J | T | Buy | 03/11/13 | J | | |
| 126. Citigroup | | | | | Buy (add'l) | 05/08/13 | J | | |
| 127. Citigroup | | | | | Buy (add'l) | 06/07/13 | J | | |
| 128. Citigroup | | | | | Buy (add'l) | 11/05/13 | J | | |
| 129. Companhia Energetica de Minas Gerais | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 130. Companhia Energetica de Minas Gerais | | | | | Sold (part) | 05/14/13 | J | A | |
| 131. Companhia Energetica de Minas Genais | | | | | Buy (add'l) | 06/04/13 | J | | |
| 132. Dri-Quip | | None | J | T | Buy | 11/05/13 | J | | |
| 133. Dril-Quip | | | | | Buy (add'l) | 12/03/13 | J | | |
| 134. Dril-Quip | | | | | Buy (add'l) | 12/23/13 | J | | |
| 135. Dow Chemical | A | Dividend | J | T | Buy (add'l) | 11/05/13 | J | | |
| 136. Duke Energy | A | Dividend | J | T | Buy | 02/14/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Duke Energy | | | | | Buy (add'l) | 11/05/13 | J | | |
| 138. Costco Wholesale | A | Dividend | K | T | Buy | 11/05/13 | K | | |
| 139. Express Scripts Inc. | | None | | | Sold (part) | 02/11/13 | J | A | |
| 140. Express Scripts Inc. | | | | | Sold | 05/14/13 | J | A | |
| 141. Electricite de France | A | Dividend | J | T | Buy | 04/25/13 | J | | |
| 142. Electricite de France | | | | | Buy (add'l) | 05/03/13 | J | | |
| 143. Electricite de France | | | | | Sold (part) | 09/27/13 | J | A | |
| 144. Electricite de France | | | | | Sold (part) | 12/18/13 | J | A | |
| 145. ICICI Bank Ltd. | | None | J | T | Buy | 09/06/13 | J | | |
| 146. ICICI Bank Ltd. | | | | | Buy (add'l) | 11/04/13 | J | | |
| 147. International Paper | A | Dividend | J | T | Buy | 07/15/13 | J | | |
| 148. International Paper | | | | | Buy (add'l) | 11/05/13 | J | | |
| 149. KDDI Corp | | None | J | T | Buy | 11/27/13 | J | | |
| 150. KDDI Corp | | | | | Buy (add'l) | 12/10/13 | J | | |
| 151. Mead Johnson | | None | J | T | Buy | 11/05/13 | J | | |
| 152. Mead Johnson | | | | | Buy (add'l) | 11/20/13 | J | | |
| 153. Equinox Inc. | | None | K | T | Buy | 11/05/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Fastenal | | None | K | T | Buy | 11/05/13 | K | | |
| 155. Fastenal | | | | | Sold (part) | 11/19/13 | J | | |
| 156. Fastenal | | | | | Sold (part) | 11/20/13 | J | | |
| 157. MetLife | A | Dividend | J | T | Buy | 07/09/13 | J | | |
| 158. MetLife | | | | | Buy (add'l) | 11/05/13 | J | | |
| 159. Occidental Petroleum | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 160. Occidental Petroleum | | | | | Buy (add'l) | 11/05/13 | J | | |
| 161. Starbucks | A | Dividend | K | T | Sold (part) | 07/10/13 | J | A | |
| 162. Motorola Solutions | | None | J | T | Buy | 10/01/13 | J | | |
| 163. Nomura Holdings | A | Dividend | J | T | Buy | 09/07/13 | J | | |
| 164. Nomura Holdings | | | | | Buy (add'l) | 12/11/13 | J | | |
| 165. Starbucks | | | | | Buy (add'l) | 11/05/13 | J | | |
| 166. Newmont Mining | A | Dividend | J | T | Buy | 02/13/13 | J | | |
| 167. Newmont Mining | | | | | Buy (add'l) | 06/07/13 | J | | |
| 168. Nordea Bank | | None | J | T | Buy | 10/17/13 | J | | |
| 169. Nordea Bank | | | | | Buy (add'l) | 10/24/13 | J | | |
| 170. Nordea Bank | | | | | Buy (add'l) | 11/04/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Softbank Corp. | A | Dividend | | | Buy | 07/17/13 | J | | |
| 172. Softbank Corp. | | | | | Sold | 10/10/13 | J | A | |
| 173. Intel | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 174. Intel | | | | | Buy (add'l) | 11/05/13 | J | | |
| 175. Telefonica | | None | | | Buy | 03/04/13 | J | | |
| 176. Telefonica | | | | | Buy (add'l) | 03/26/13 | J | | |
| 177. Telefonica | | | | | Sold (part) | 07/11/13 | J | | |
| 178. Telefonica | | | | | Sold | 08/15/13 | J | A | |
| 179. Microsoft | A | Dividend | J | T | Sold (part) | 01/30/13 | J | A | |
| 180. Microsoft | | | | | Sold (part) | 02/05/13 | J | A | |
| 181. Microsoft | | | | | Sold (part) | 03/06/13 | J | A | |
| 182. Microsoft | | | | | Buy (add'l) | 06/07/13 | J | | |
| 183. Microsoft | | | | | Sold (part) | 11/01/13 | J | C | |
| 184. Microsoft | | | | | Sold (part) | 11/05/13 | J | A | |
| 185. Procter & Gamble | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 186. Procter & Gamble | | | | | Buy (add'l) | 06/07/13 | J | | |
| 187. Procter & Gamble | | | | | Sold (part) | 11/01/13 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Procter & Gamble | | | | | Sold (part) | 11/05/13 | J | A | |
| 189. Hitachi | A | Dividend | J | T | Sold (part) | 10/17/13 | J | A | |
| 190. Hitachi | | | | | Sold (part) | 11/01/13 | J | A | |
| 191. Novartis | | None | J | T | Buy | 03/01/13 | J | | |
| 192. Novartis | | | | | Buy (add'l) | 03/19/13 | J | | |
| 193. Novartis | | | | | Buy (add'l) | 03/27/13 | J | | |
| 194. Novartis | | | | | Sold (part) | 05/21/13 | J | A | |
| 195. Novartis | | | | | Buy (add'l) | 08/30/13 | J | | |
| 196. Oceaneering Intl. | A | Dividend | J | T | Buy | 11/05/13 | K | | |
| 197. Priceline | | None | K | T | Buy | 11/05/13 | K | | |
| 198. Publicis Groupe | | None | J | T | Buy | 11/18/13 | J | | |
| 199. Publicis Groupe | | | | | Buy (add'l) | 11/26/13 | J | | |
| 200. Schwab Charles | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 201. Seven & I Holdings | A | Dividend | J | T | Buy | 01/28/13 | J | | |
| 202. Seven & I Holdings | | | | | Buy | 03/21/13 | J | | |
| 203. Silver Wheaten Corp. | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 204. Splunk Inc. | | None | K | T | Buy | 11/05/13 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Fed Ex | A | Dividend | | | Sold (part) | 01/12/13 | J | A | |
| 206. Fed Ex | | | | | Sold (part) | 01/13/13 | J | B | |
| 207. Fed Ex | | | | | Sold | 11/01/13 | J | B | |
| 208. Agrium Inc. | A | Dividend | | | Buy | 01/28/13 | J | | |
| 209. Agrium Inc. | | | | | Buy (add'l) | 01/22/13 | J | | |
| 210. Agrium Inc. | | | | | Sold (part) | 05/02/13 | J | | |
| 211. Agrium Inc. | | | | | Sold | 10/29/13 | J | | |
| 212. Checkpoint Software | | None | | | Buy | 08/05/13 | J | | |
| 213. Checkpoint Software | | | | | Buy (add'l) | 08/06/13 | J | | |
| 214. Checkpoint Software | | | | | Sold | 11/01/13 | J | | |
| 215. Chevron | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 216. Chevon | | | | | Buy (add'l) | 11/05/13 | J | | |
| 217. Home Depot | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 218. Home Depot | | | | | Buy (add'l) | 07/02/13 | J | | |
| 219. Home Depot | | | | | Buy (add'l) | 07/26/13 | J | | |
| 220. Home Depot | | | | | Sold (part) | 11/01/13 | J | C | |
| 221. Home Depot | | | | | Sold (part) | 11/05/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. J.P. Morgan Chase | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 223. J.P. Morgan Chase | | | | | Buy (add'l) | 11/05/13 | J | | |
| 224. Alliance Data Systems | | None | | | Buy | 04/19/13 | J | | |
| 225. Alliance Data Systems | | | | | Buy (add'l) | 05/09/13 | J | | |
| 226. Alliance Data Systems | | | | | Buy (add'l) | 05/23/13 | J | | |
| 227. Alliance Data Systems | | | | | Buy (add'l) | 06/07/13 | J | | |
| 228. Alliance Data Systems | | | | | Buy (add'l) | 06/26/13 | J | | |
| 229. Alliance Data Systems | | | | | Sold | 11/01/13 | K | D | |
| 230. Automatic Data Processing | A | Dividend | | | Buy | 05/11/13 | J | | |
| 231. Automatic Data Processing | | | | | Sold | 11/01/13 | J | B | |
| 232. Chipotle Mexican Grill | | | | | Buy | 01/16/13 | J | | |
| 233. Chipotle Mexican Grill | | | | | Sold (part) | 03/13/13 | J | A | |
| 234. Chipotle Mexican Grill | | | | | Sold (part) | 05/07/13 | J | A | |
| 235. Chipotle Mexican Grill | | | | | Sold | 06/26/13 | J | B | |
| 236. Joy Global | A | Dividend | J | T | Sold (part) | 03/11/13 | J | | |
| 237. Joy Global | | | | | Sold (part) | 05/08/13 | J | | |
| 238. Joy Global | | | | | Sold (part) | 05/09/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Joy Global | | | | | Sold (part) | 11/21/13 | J | A | |
| 240. CVS Caremark | A | Dividend | | | Buy | 05/13/13 | J | | |
| 241. CVS Caremark | | | | | Sold | 11/01/13 | J | A | |
| 242. Deutsche Bank | | None | | | Buy | 10/10/13 | J | | |
| 243. Deutsche Bank | | | | | Buy (add'l) | 10/15/13 | J | | |
| 244. Deutsche Bank | | | | | Sold | 11/15/13 | J | | |
| 245. Johnson Controls | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 246. Johnson Controls | | | | | Buy (add'l) | 11/05/13 | J | | |
| 247. Google | | None | K | T | Buy (add'l) | 02/07/13 | J | | |
| 248. Google7 | | | | | Sold (part) | 04/18/13 | J | A | |
| 249. Google | | | | | Buy (add'l) | 05/08/13 | J | | |
| 250. Google | | | | | Buy (add'l) | 06/07/13 | J | | |
| 251. Google | | | | | Buy (add'l) | 11/05/13 | J | | |
| 252. Teva Pharmaceutical | | None | | | Sold | 01/16/13 | J | | |
| 253. Comcast | A | Dividend | J | T | Buy (add'l) | 02/21/13 | J | | |
| 254. Comcast | | | | | Buy (add'l) | 06/07/13 | J | | |
| 255. Comcast | | | | | Sold (part) | 11/01/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Comcast | | | | | Buy (add'l) | 11/05/13 | J | | |
| 257. Crown Castle Intl | | None | | | Sold (part) | 01/18/13 | J | A | |
| 258. Crown Castle Intl | | | | | Sold (part) | 04/26/13 | J | B | |
| 259. Crown Castle Intl | | | | | Sold | 11/01/13 | J | B | |
| 260. Eaton Corp | A | Dividend | | | Buy | 02/05/13 | J | | |
| 261. Eaton Corp | | | | | Buy (add'l) | 02/26/13 | J | | |
| 262. Eaton Corp | | | | | Buy (add'l) | 04/01/13 | J | | |
| 263. Eaton Corp | | | | | Sold (part) | 05/14/13 | J | A | |
| 264. Eaton Corp | | | | | Sold (part) | 07/11/13 | J | A | |
| 265. Eaton Corp | | | | | Sold | 11/01/13 | J | B | |
| 266. Discovery Communications | | None | | | Sold | 11/01/13 | J | C | |
| 267. ENI SPA | A | Dividend | K | T | Sold (part) | 01/26/13 | J | A | |
| 268. ENI SPA | | | | | Buy (add'l) | 01/30/13 | J | | |
| 269. Ebay | | None | | | Buy | 06/26/13 | J | | |
| 270. Ebay | | | | | Buy (add'l) | 07/02/13 | J | | |
| 271. Ebay | | | | | Buy (add'l) | 08/15/13 | J | | |
| 272. Ebay | | | | | Sold | 11/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Edwards Lifesciences | | None | | | Buy | 01/16/13 | J | | |
| 274. Edwards Lifesciences | | | | | Buy (add'l) | 02/21/13 | J | | |
| 275. Edwards Lifesciences | | | | | Sold (part) | 07/16/13 | J | | |
| 276. Edwards Lifesciences | | | | | Sold (part) | 07/24/13 | J | | |
| 277. Edwards Lifesciences | | | | | Sold | 11/01/13 | J | | |
| 278. Goldman Sachs | A | Dividend | | | Buy | 01/22/13 | J | | |
| 279. Goldman Sachs | | | | | Sold (part) | 04/30/13 | J | A | |
| 280. Goldman Sachs | | | | | Sold | 05/03/13 | J | A | |
| 281. Intuit | | None | | | Buy | 10/29/13 | J | | |
| 282. Intuit | | | | | Buy (add'l) | 10/30/13 | J | | |
| 283. Intuit | | | | | Sold | 11/01/13 | J | A | |
| 284. Credit Suisse | A | Dividend | | | Sold (part) | 03/01/13 | J | A | |
| 285. Credit Suisse | | | | | Sold (part) | 05/20/13 | J | A | |
| 286. Credit Suisse | | | | | Sold (part) | 06/26/13 | J | A | |
| 287. Credit Suisse | | | | | Sold (part) | 11/04/13 | J | A | |
| 288. Credit Suisse | | | | | Sold | 11/18/13 | J | A | |
| 289. Intesa Sanpaolo | A | Dividend | | | Buy | 06/26/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Intesa Sanpaolo | | | | | Buy (add'l) | 08/16/13 | J | A | |
| 291. Intesa Sanpaolo | | | | | Sold (part) | 10/10/13 | J | A | |
| 292. Intea Sanpaolo | | | | | Sold | 10/15/13 | J | A | |
| 293. Lululemon Achletica | | None | | | Buy | 06/26/13 | J | | |
| 294. Lululemon Athletica | | | | | Buy (add'l) | 08/21/13 | J | A | |
| 295. Lululemon Athletica | | | | | Sold | 10/18/13 | J | | |
| 296. Lullulemon Athletica | | | | | Sold | 10/31/13 | J | A | |
| 297. Michael Kors Holdings | | None | | | Buy | 06/26/13 | J | | |
| 298. Michael Kors Holdings | | | | | Sold (part) | 10/31/13 | J | A | |
| 299. Michael Kors Holdings | | | | | Sold | 11/01/13 | J | B | |
| 300. Petrochina | | None | | | Buy | 01/15/13 | J | | |
| 301. Petrochina | | | | | Sold | 05/17/13 | J | | |
| 302. Apple | A | Dividend | | T | Buy (add'l) | 04/26/13 | J | | |
| 303. Apple | | | | | Buy (add'l) | 05/03/13 | J | | |
| 304. Apple | | | | | Sold (part) | 07/01/13 | J | C | |
| 305. Apple | | | | | Sold (part) | 08/21/13 | J | B | |
| 306. Apple | | | | | Sold | 11/01/13 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. PPG Industries | | None | | | Buy | 10/03/13 | J | | |
| 308. PPG Industries | | | | | Sold | 11/01/13 | J | A | |
| 309. Danaher Corp. | A | Dividend | | | Sold | 11/01/13 | J | C | |
| 310. Nucor | A | Dividend | | | Buy | 03/11/13 | J | | |
| 311. Nucor | | | | | Buy (add'l) | 03/13/13 | J | | |
| 312. Nucor | | | | | Sold | 07/05/13 | J | | |
| 313. EMC Corp. | A | Dividend | | | Sold (part) | 03/06/13 | J | A | |
| 314. EMC Corp. | | | | | Sold (part) | 04/30/13 | J | A | |
| 315. EMC Corp. | | | | | Sold | 07/11/13 | J | A | |
| 316. Noble Energy | A | Dividend | | | Buy | 10/25/13 | J | | |
| 317. Noble Energy | | | | | Sold | 11/01/13 | J | | |
| 318. Sberbank | A | Dividend | | | Buy | 10/03/13 | J | | |
| 319. Sberbank | | | | | Buy (add'l) | 11/08/13 | J | | |
| 320. Sberbank | | | | | Sold | 08/16/13 | J | | |
| 321. Gilead Sciences | | None | | | Sold | 06/26/13 | J | B | |
| 322. Societe Generale France | A | Dividend | J | T | Buy | 01/11/13 | J | | |
| 323. Societe Generale France | | | | | Buy (add'l) | 02/13/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Societe Generale France | | | | | Buy (add'l) | 08/16/13 | J | | |
| 325. Societe Generale France | | | | | Sold (part) | 10/28/13 | J | A | |
| 326. Societe Generale France | | | | | Sold (part) | 11/26/13 | J | | |
| 327. Societe Generale France | | | | | Sold (part) | 12/04/13 | J | A | |
| 328. Societe Generale France | | | | | Sold (part) | 12/10/13 | J | A | |
| 329. Toyota | A | Dividend | J | T | Buy | 05/24/13 | J | | |
| 330. Toyota | | | | | Buy (add'l) | 06/06/13 | J | | |
| 331. Toyota | | | | | Buy (add'l) | 06/21/13 | J | | |
| 332. Toyota | | | | | Sold (part) | 12/02/13 | J | A | |
| 333. Toyota | | | | | Sold (part) | 12/18/13 | J | | |
| 334. Twenty-First Century Fox | | | | | Buy | 07/11/13 | J | | |
| 335. Twenty-First Century Fox | | | | | Buy | 01/18/13 | J | | |
| 336. Twenty-First Century Fox | A | Dividend | | | Sold | 11/01/13 | J | A | |
| 337. Limited Brands | A | Dividend | | | Sold | 02/22/13 | J | B | |
| 338. United Parcel Service | A | Dividend | J | T | Buy | 03/18/13 | J | | |
| 339. United Parcel Service | | | | | Buy (add'l) | 06/07/13 | J | | |
| 340. United Parcel Service | | | | | Buy (add'l) | 11/05/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Schlumberger | A | Dividend | K | T | Sold (part) | 01/16/13 | J | A | |
| 342. Schlumberger | | | | | Sold (part) | 01/29/13 | J | B | |
| 343. Schlumberger | | | | | Buy (add'l) | 06/07/13 | J | | |
| 344. Schlumberger | | | | | Buy (add'l) | 11/05/13 | K | | |
| 345. Schlumberger | | | | | Buy (add'l) | 11/19/13 | J | | |
| 346. Time Warner | | | | | | | | | See Part VIII |
| 347. US Bancorp | A | Dividend | J | T | Buy | 03/11/13 | J | | |
| 348. US Bancorp | | | | | Buy (add'l) | 06/07/13 | J | | |
| 349. US Bancorp | | | | | Buy (add'l) | 11/05/13 | J | | |
| 350. Verisk Analytics | | None | K | T | Buy | 11/05/13 | K | | |
| 351. Visa Inc. | A | Dividend | K | T | Buy | 11/05/13 | K | | |
| 352. Vmware | | None | K | T | Buy | 11/05/13 | J | | |
| 353. Access Midstream Partners LP | | None | J | T | Buy | 12/04/13 | J | | |
| 354. Amerigas Partners | A | Distribution | J | T | Buy | 06/26/13 | J | | |
| 355. El Paso Pipeline Partners | A | Distribution | J | T | Buy | 06/26/13 | J | | |
| 356. Enbridge Energy Partners | A | Distribution | J | T | Buy | 06/26/13 | J | | |
| 357. Energy Transfer Partners | A | Distribution | J | T | Buy | 06/26/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Energy Transfer Equity LP | A | Distribution | K | T | Buy | 06/26/13 | K | | |
| 359. Enterprise Products Partners | | None | L | T | Buy | 06/26/13 | L | | |
| 360. EQT Midstream Partners | A | Distribution | J | T | Buy | 07/17/13 | J | | |
| 361. EV Energy Partners | A | Distribution | J | T | Buy | 06/26/13 | J | | |
| 362. Genesis Energy LP | A | Distribution | K | T | Buy | 06/26/13 | J | | |
| 363. Genesis Energy LP | | | | | Buy (add'l) | 09/11/13 | J | | |
| 364. Linn Energy | A | Distribution | J | T | Buy | 06/26/13 | J | | |
| 365. Plains All American Pipeline LP | A | Distribution | K | T | Buy | 06/26/13 | K | | |
| 366. General Electric | A | Dividend | K | T | Buy (add'l) | 02/08/13 | J | | |
| 367. General Electric | | | | | Sold (part) | 08/13/13 | J | A | |
| 368. General Electric | | | | | Sold (part) | 08/14/13 | J | B | |
| 369. General Electric | | | | | Buy (add'l) | 11/05/13 | J | | |
| 370. General Electric | | | | | Buy (add'l) | 11/08/13 | J | | |
| 371. Travelers Cos. | A | Dividend | J | T | | | | | |
| 372. AT & T | A | Dividend | J | T | Sold (part) | 01/15/13 | J | A | |
| 373. AT & T | | | | | Buy (add'l) | 06/07/13 | J | | |
| 374. AT & T | | | | | Buy (add'l) | 11/05/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Kinder Morgan Energy LP | A | Distribution | K | T | Buy | 06/26/13 | K | | |
| 376. Kinder Morgan Energy LP | | | | | Sold (part) | 07/17/13 | J | A | |
| 377. Kinder Morgan Energy LP | | | | | Sold (part) | 08/07/13 | J | | |
| 378. Kinder Morgan Energy LP | | | | | Sold (part) | 08/14/13 | J | | |
| 379. Kinder Morgan Energy LP | | | | | Sold (part) | 09/11/13 | J | | |
| 380. Magellan Mainstream Partners LP | A | Distribution | K | T | Buy | 06/26/13 | J | | |
| 381. Magellan Mainstream Partners LP | | | | | Buy (add'l) | 09/11/13 | J | | |
| 382. Markwest Energy Partners LP | A | Distribution | K | T | Buy | 06/26/13 | K | | |
| 383. Markwest Energy Partners LP | | | | | Buy (add'l) | 09/11/13 | J | | |
| 384. Oneok Partners LP | A | Distribution | K | T | Buy | 06/26/13 | J | | |
| 385. Oneok Partners LP | | | | | Buy (add'l) | 08/07/13 | J | | |
| 386. Oneok Partners LP | | | | | Buy (add'l) | 09/11/13 | J | | |
| 387. Regency Energy Partners LP | A | Distribution | J | T | Buy | 06/26/13 | J | | |
| 388. Targa Res Partners LP | A | Distribution | J | T | Buy | 06/26/13 | J | | |
| 389. Williams Partners LP | A | Distribution | J | T | Buy | 06/26/13 | J | | |
| 390. Amazon.com | | None | K | T | Sold (part) | 02/05/13 | J | A | |
| 391. Amazon.com | | | | | Sold (part) | 04/18/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Amazon.com | | | | | Sold (part) | 04/30/13 | J | A | |
| 393. Amazon.com | | | | | Sold (part) | 06/26/13 | J | B | |
| 394. Amazon.com | | | | | Sold (part) | 10/07/13 | J | A | |
| 395. Amazon.com | | | | | Sold (part) | 10/25/13 | J | B | |
| 396. Amazon.com | | | | | Buy (add'l) | 11/05/13 | K | | |
| 397. Northrup Grumman | A | Dividend | J | T | Buy (add'l) | 11/05/13 | J | | |
| 398. Pfizer | A | Dividend | J | T | Sold (part) | 01/09/13 | J | B | |
| 399. Pfizer | | | | | Buy (add'l) | 04/18/13 | J | | |
| 400. Pfizer | | | | | Sold (part) | 11/01/13 | J | B | |
| 401. Pfizer | | | | | Sold (part) | 11/05/13 | J | A | |
| 402. Kohls | | | | | | | | | See Part VIII |
| 403. Monsanto | A | Dividend | | | Sold (part) | 06/05/13 | J | B | |
| 404. Monsanto | | | | | Sold (part) | 07/02/13 | J | A | |
| 405. Monsanto | | | | | Sold | 11/01/13 | J | C | |
| 406. ADT Corp. | | None | | | Buy (add'l) | 04/04/13 | J | | |
| 407. ADT Corp. | | | | | Buy (add'l) | 05/03/13 | J | | |
| 408. ADT Corp. | | | | | Sold (part) | 07/22/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. ADT Corp. | | | | | Sold | 07/31/13 | J | | |
| 410. Vodafone | B | Dividend | K | T | Sold (part) | 02/13/13 | J | A | |
| 411. Vodafone | | | | | Sold (part) | 02/15/13 | J | A | |
| 412. Vodafone | | | | | Sold (part) | 02/21/13 | J | A | |
| 413. Vodafone | | | | | Buy (add'l) | 06/26/13 | J | | |
| 414. Vodafone | | | | | Sold (part) | 11/01/13 | J | A | |
| 415. Vodafone | | | | | Buy (add'l) | 11/18/13 | J | | |
| 416. Deere | A | Dividend | J | T | Buy (add'l) | 11/05/13 | J | | |
| 417. EOG Res. | A | Dividend | | | Sold | 02/21/13 | J | A | |
| 418. Wells Fargo | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | A | |
| 419. Wells Fargo | | | | | Buy (add'l) | 11/05/13 | J | | |
| 420. Honeywell International | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 421. Honeywell International | | | | | Buy (add'l) | 06/07/13 | J | | |
| 422. Honeywell International | | | | | Buy (add'l) | 11/05/13 | J | | |
| 423. Kraft Foods | A | Dividend | | | Sold | 11/01/13 | K | B | |
| 424. Kinder Morgan | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 425. Kinder Morgan | | | | | Buy (add'l) | 04/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. Kinder Morgan | | | | | Buy (add'l) | 06/07/13 | J | | |
| 427. Kinder Morgan | | | | | Sold (part) | 11/01/13 | J | | |
| 428. Mitsubishi UFJ Financial | A | Dividend | K | T | Buy (add'l) | 01/11/13 | J | | |
| 429. Mitsubishi UFJ Financial | | | | | Buy (add'l) | 03/26/13 | J | | |
| 430. Mitsubishi UFJ Financial | | | | | Buy (add'l) | 04/04/13 | J | | |
| 431. Mitsubishi UFJ Financial | | | | | Buy (add'l) | 07/01/13 | J | | |
| 432. Mitsubishi UFJ Financial | | | | | Buy (add'l) | 10/17/13 | J | | |
| 433. Mondelez Intl | A | Dividend | J | T | Buy (add'l) | 04/19/13 | J | | |
| 434. Mondelez Intl | | | | | Buy (add'l) | 11/05/13 | J | | |
| 435. General Mills | A | Dividend | J | T | Buy (add'l) | 11/05/13 | J | | |
| 436. Fifth Third Bancorp | A | Dividend | J | T | Buy (add'l) | 05/08/13 | J | | |
| 437. Fifth Third Bancorp | | | | | Buy (add'l) | 11/05/13 | J | | |
| 438. Johnson & Johnson | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | | |
| 439. Johnson & Johnson | | | | | Buy (add'l) | 06/07/13 | J | | |
| 440. Trishield Special Situations Fund | | None | P1 | U | | | | | See Part VIII |
| 441. Abbott Labs | A | Dividend | J | T | Buy (add'l) | 11/05/13 | J | | |
| 442. Abbvie | A | Dividend | J | T | Spinoff (from line 441) | 01/02/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. Ace Ltd. | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 444. Ace Ltd. | | | | | Buy (add'l) | 11/05/13 | K | | |
| 445. American International Group | A | Dividend | | | Sold | 11/01/13 | J | B | |
| 446. Allianz | A | Dividend | J | T | Sold (part) | 07/10/13 | J | A | |
| 447. Allianz | | | | | Sold (part) | 08/14/13 | J | A | |
| 448. Allianz | | | | | Sold (part) | 08/22/13 | J | A | |
| 449. Allianz | | | | | Sold (part) | 12/04/13 | J | A | |
| 450. Anheuser Busch | A | Dividend | | | Sold | 11/01/13 | J | B | |
| 451. Arcelormittal | | None | | | Sold (part) | 01/15/13 | J | | |
| 452. Arcelormittal | | | | | Sold | 03/04/13 | J | | |
| 453. AXA | A | Dividend | J | T | Buy (add'l) | 03/01/13 | J | | |
| 454. AXA | | | | | Buy (add'l) | 07/10/13 | J | | |
| 455. AXA | | | | | Buy (add'l) | 08/14/13 | J | | |
| 456. American Express | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 457. American Express | | | | | Buy (add'l) | 11/05/13 | J | | |
| 458. ASML Holding | A | Dividend | J | T | Sold (part) | 02/21/13 | J | A | |
| 459. ASML Holding | | | | | Buy (add'l) | 04/04/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 49

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

01/09/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. ASML Holding | | | | | Sold (part) | 05/08/13 | J | A | |
| 461. ASML Holding | | | | | Sold (part) | 05/09/13 | J | A | |
| 462. ASML Holding | | | | | Sold (part) | 08/08/13 | J | B | |
| 463. ASML Holding | | | | | Sold (part) | 10/08/13 | J | A | |
| 464. ASML Holding | | | | | Sold (part) | 10/17/13 | J | A | |
| 465. ASML Holding | | | | | Sold (part) | 11/01/13 | K | D | |
| 466. Australia & New Zealand Banking Group | A | Dividend | J | T | | | | | |
| 467. Bank of Nova Scotia | A | Dividend | | | Buy (add'l) | 06/07/13 | J | | |
| 468. Bank of Nova Scotia | | | | | Sold | 07/11/13 | J | | |
| 469. Barclays PLC | A | Dividend | J | T | Sold (part) | 01/31/12 | J | | |
| 470. Barclays PLC | | | | | Sold (part) | 09/17/13 | J | | |
| 471. BASF | A | Dividend | J | T | Sold (part) | 03/20/13 | J | A | |
| 472. BASF | | | | | Buy (add'l) | 05/24/13 | J | | |
| 473. BASF | | | | | Buy (add'l) | 05/30/13 | J | | |
| 474. BASF | | | | | Sold (part) | 07/23/13 | J | | |
| 475. Bayer | A | Dividend | K | T | Buy (add'l) | 02/15/13 | J | | |
| 476. BG Group | A | Dividend | J | T | Buy | 05/20/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. BG Group | | | | | Buy (add'l) | 05/21/13 | J | | |
| 478. BG Group | | | | | Buy (add'l) | 07/03/13 | J | | |
| 479. BG Groop | | | | | Buy (add'l) | 07/10/13 | J | | |
| 480. BHP Billiton | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 481. BHP Billiton | | | | | Buy (add'l) | 11/05/13 | J | | |
| 482. Biogen Idec | | None | | | Sold (part) | 07/11/13 | J | B | |
| 483. Biogen Idec | | | | | Sold | 11/01/13 | J | C | |
| 484. BNP Paribas | A | Dividend | K | T | | | | | |
| 485. Boeing | A | Dividend | | | Buy (add'l) | 01/09/13 | J | | |
| 486. Boeing | | | | | Sold | 11/01/13 | K | D | |
| 487. Borg Warner | | None | | | Sold | 02/04/13 | J | | |
| 488. BP | | None | J | T | Buy | 12/04/13 | J | | |
| 489. Bristol Myers Squibb | A | Dividend | K | T | Sold (part) | 01/09/13 | J | A | |
| 490. Bristol Myers Squibb | | | | | Buy (add'l) | 05/09/13 | J | | |
| 491. Bristol Myers Squibb | | | | | Buy (add'l) | 06/07/13 | J | | |
| 492. Bristol Myers Squibb | | | | | Sold (part) | 11/05/13 | J | D | |
| 493. British American Tobacco | A | Dividend | | | Sold | 08/08/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 49

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

01/09/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. Canon | A | Dividend | | | Sold (part) | 08/22/12 | J | | |
| 495. Canon | | | | | Sold (part) | 04/03/13 | J | | |
| 496. Canon | | | | | Sold | 04/11/13 | J | | |
| 497. Caterpillar | | None | | | Sold (part) | 03/12/13 | J | | |
| 498. Caterpillar | | | | | Sold | 04/03/13 | J | | |
| 499. CDN National Railway | A | Dividend | | | Sold (part) | 05/08/13 | J | A | |
| 500. CDN National Railway | | | | | Sold | 05/09/13 | J | A | |
| 501. Centrica | A | Dividend | J | T | Sold (part) | 12/10/13 | J | A | |
| 502. China Construction BK | A | Dividend | J | T | Sold (part) | 06/19/13 | J | | |
| 503. China Construction BK | | | | | Sold (part) | 06/20/13 | J | | |
| 504. China Construction BK | | | | | Buy (add'l) | 11/18/13 | J | | |
| 505. Chubb | A | Dividend | J | T | | | | | |
| 506. CNOOC | | None | | | Sold | 01/15/13 | J | A | |
| 507. Coca Cola | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 508. Coca Cola | | | | | Sold (part) | 11/01/13 | K | C | |
| 509. Coca Cola | | | | | Sold (part) | 11/05/13 | J | A | |
| 510. Conoco Phillips | A | Dividend | J | T | Buy (add'l) | 02/16/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Phillips 66 | A | Dividend | J | T | Buy (add'l) | 11/05/13 | J | | |
| 512. Cons Energy | A | Dividend | | | Sold | 09/24/13 | J | | |
| 513. Sherwin Williams | A | Dividend | J | T | Sold | 11/01/13 | J | B | |
| 514. Deutsche Telekom | | None | K | T | Buy | 07/11/13 | J | | |
| 515. Deutsche Telekom | | | | | Buy (add'l) | 08/14/13 | J | | |
| 516. Deutsche Telekom | | | | | Buy (add'l) | 09/17/13 | J | | |
| 517. Diageo PLC | A | Dividend | J | T | | | | | |
| 518. Dominion Resources | A | Dividend | J | T | Buy (add'l) | 01/07/13 | J | | |
| 519. Dominion Resources | | | | | Buy (add'l) | 09/11/13 | J | | |
| 520. Dominion Resources | | | | | Sold (part) | 11/01/13 | J | B | |
| 521. Dominion Resources | | | | | Sold (part) | 11/05/13 | J | B | |
| 522. Dupont | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 523. Dupont | | | | | Buy (add'l) | 11/05/13 | J | | |
| 524. Enbridge | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 525. Enbridge | | | | | Buy (add'l) | 11/05/13 | J | | |
| 526. EQT Corp. | | None | | | Sold | 02/08/13 | J | B | |
| 527. Experian | A | Dividend | | | Sold (part) | 01/28/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ROSS, ALLYNE R. | 01/09/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Experian | | | | | Sold (part) | 05/07/13 | J | A | |
| 529. Experian | | | | | Sold | 06/28/13 | J | A | |
| 530. Exxon Mobil | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 531. Exxon Mobil | | | | | Buy (add'l) | 11/05/13 | J | | |
| 532. Family Dollar Stores | A | Dividend | | | Sold (part) | 10/07/13 | J | A | |
| 533. Family Dollar Stores | | | | | Sold | 11/01/13 | J | B | |
| 534. Firstenergy Corp. | A | Dividend | | | Sold | 02/08/13 | J | A | |
| 535. GDF Suez | A | Dividend | J | T | Buy (add'l) | 10/04/13 | J | | |
| 536. General Dynamics | | None | J | | Sold | 02/14/13 | J | | |
| 537. Glaxo SmithKline | A | Dividend | J | T | Sold (part) | 01/24/12 | J | A | |
| 538. Honda Motor | A | Dividend | J | T | Sold (part) | 03/06/13 | J | A | |
| 539. Honda Motor | | | | | Sold (part) | 05/24/13 | J | | |
| 540. Honda Motor | | | | | Sold (part) | 06/06/13 | J | A | |
| 541. Honda Motor | | | | | Buy (add'l) | 12/19/13 | J | | |
| 542. HSBC Holdings | B | Dividend | K | T | Buy (add'l) | 06/26/13 | J | | |
| 543. HBSC Holdings | | | | | Sold (part) | 09/06/13 | J | A | |
| 544. HSBC Holdings | | | | | Sold (part) | 09/11/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. HSBC Holdings | | | | | Buy (add'l) | 10/15/13 | J | | |
| 546. HSBC Holdings | | | | | Buy (add'l) | 10/23/13 | J | | |
| 547. HSBC Holdings | | | | | Buy (add'l) | 10/28/13 | J | | |
| 548. Hutchison Whampoa | A | Dividend | J | T | Sold (part) | 07/22/13 | J | A | |
| 549. Illumina Inc. | | None | | | Sold (part) | 02/13/13 | J | | |
| 550. Illumina Inc. | | | | | Sold (part) | 05/08/13 | J | A | |
| 551. Illumina Inc. | | | | | Sold (part) | 08/02/13 | J | A | |
| 552. Illumina Inc. | | | | | Sold | 11/01/13 | J | C | |
| 553. ING | | None | J | T | Sold (part) | 08/28/13 | J | | |
| 554. ING | | | | | Buy (add'l) | 12/19/13 | J | | |
| 555. Intercontinential Hotels | A | Dividend | J | T | | | | | |
| 556. Pearson PLC | A | Dividend | J | T | Sold (part) | 03/01/13 | J | | |
| 557. Pearson PLC | | | | | Buy (add'l) | 07/03/13 | J | | |
| 558. IBM | A | Dividend | J | T | Buy (add'l) | 03/08/13 | J | | |
| 559. IBM | | | | | Buy (add'l) | 06/07/13 | J | | |
| 560. IBM | | | | | Sold (part) | 11/01/13 | J | A | |
| 561. IBM | | | | | Sold (part) | 11/05/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. Swedbank | | None | | | Sold | 01/11/13 | J | B | |
| 563. Teradata | | None | J | T | Sold (part) | 03/27/13 | J | | |
| 564. Teradata | | | | | Sold (part) | 04/04/13 | J | | |
| 565. LM Ericsson Telefon | A | Dividend | J | T | Sold (part) | 04/25/13 | J | | |
| 566. Lorillard | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 567. Lorillard | | | | | Buy (add'l) | 11/05/13 | J | | |
| 568. McDonalds | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 569. McDonalds | | | | | Buy (add'l) | 11/05/13 | J | | |
| 570. Mead Westvaco Corp | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 571. Mead Westvaco Corp. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 572. Merck | A | Dividend | J | T | Buy (add'l) | 04/18/13 | J | | |
| 573. Merck | | | | | Buy (add'l) | 11/05/13 | J | | |
| 574. Natl-Oilwellvarco | A | Dividend | J | T | Buy | 11/05/13 | J | | |
| 575. Natl-Oilwellvarco | | | | | Sold (part) | 11/19/13 | J | A | |
| 576. Nextera Energy | A | Dividend | J | T | Sold (part) | 01/23/13 | J | B | |
| 577. Nextera Energy | | | | | Sold (part) | 01/24/13 | J | A | |
| 578. Nextera Energy | | | | | Buy (add'l) | 06/07/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: **ROSS, ALLYNE R.**

Date of Report: 01/09/2015

## VII. INVESTMENTS and TRUSTS *-- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. Nectera Energy | | | | | Buy (add'l) | 11/05/13 | J | | |
| 580. Nippon Tel&tel | A | Dividend | | | Sold (part) | 01/25/13 | J | | |
| 581. Nippon Tel&tel | | | | | Sold (part) | 07/17/13 | J | A | |
| 582. Nippon Tel&tel | | | | | Sold | 08/14/13 | J | A | |
| 583. Nissan Motor | A | Dividend | | | Buy (add'l) | 01/15/13 | J | | |
| 584. Nissan Motor | | | | | Sold (part) | 03/15/13 | J | A | |
| 585. Nissan Motor | | | | | Sold (part) | 04/01/13 | J | A | |
| 586. Nissan Motor | | | | | Sold | 05/24/13 | J | A | |
| 587. Northeast Utilities | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 588. Northeast Utilities | | | | | Buy (add'l) | 11/05/13 | J | | |
| 589. O'Reilly Automotive | | None | | | Sold (part) | 02/07/13 | J | A | |
| 590. O'Reilly Automotive | | | | | Sold | 11/01/13 | J | B | |
| 591. Peabody Energy | A | Dividend | | | Sold | 04/03/13 | J | | |
| 592. Orix | A | Dividend | J | T | Buy (add'l) | 06/13/13 | J | | |
| 593. Philip Morris | A | Dividend | J | T | Buy (add'l) | 05/10/13 | J | | |
| 594. Philip Morris | | | | | Buy (add'l) | 06/07/13 | J | | |
| 595. Philip Morris | | | | | Sold (part) | 11/01/13 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 596. Philip Morris | | | | | Sold (part) | 11/05/13 | J | A | |
| 597. Praxair | A | Dividend | K | T | Buy (add'l) | 06/07/13 | J | | |
| 598. Praxair | | | | | Buy (add'l) | 11/05/13 | K | | |
| 599. Precision Castparts | A | Dividend | K | T | Sold (part) | 01/18/13 | J | A | |
| 600. Precision Castparts | | | | | Buy (add'l) | 08/13/13 | J | | |
| 601. Precision Castparts | | | | | Buy (add'l) | 08/15/13 | J | | |
| 602. Precision Castparts | | | | | Sold (part) | 09/26/13 | J | B | |
| 603. Precision Castparts | | | | | Buy (add'l) | 11/05/13 | J | | |
| 604. Prudential Financial | A | Dividend | J | T | Buy (add'l) | 07/11/13 | J | | |
| 605. Prudential Financial | | | | | Buy (add'l) | 11/05/13 | J | | |
| 606. Prudential PLC | A | Dividend | J | T | Sold (part) | 05/07/13 | J | A | |
| 607. Publis Service Enterprise Group | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 608. Public Service Enterprise Group | | | | | Buy (add'l) | 11/05/13 | J | | |
| 609. Roche Holding | A | Dividend | J | T | Sold (part) | 01/25/13 | J | A | |
| 610. Roche Holding | | | | | Sold (part) | 07/11/13 | J | A | |
| 611. Roche Holding | | | | | Buy (add'l) | 10/28/13 | J | | |
| 612. Roche Holding | | | | | Buy (add'l) | 12/19/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  Qualcomm | A | Dividend | K | T | Sold (part) | 03/06/13 | J | | |
| 614.  Qualcomm | | | | | Sold (part) | 05/08/13 | J | A | |
| 615.  Qualcomm | | | | | Sold (part) | 06/07/13 | J | A | |
| 616.  Qualcomm | | | | | Sold | 06/26/13 | J | | |
| 617.  Qualcomm | | | | | Buy | 11/05/13 | J | | |
| 618.  Qualcomm | | | | | Sold (part) | 11/19/13 | J | A | |
| 619.  Range Resources | A | Dividend | | | Sold (part) | 03/06/13 | J | A | |
| 620.  Range Resources | | | | | Sold (part) | 03/11/13 | J | A | |
| 621.  Range Resources | | | | | Sold | 11/01/13 | J | C | |
| 622.  Repsol | A | Dividend | J | T | Buy (add'l) | 01/28/13 | J | | |
| 623.  Repsol | | | | | Buy (add'l) | 02/26/13 | J | | |
| 624.  Repsol | | | | | Buy (add'l) | 09/03/13 | J | | |
| 625.  Repsol | | | | | Sold (part) | 12/04/13 | J | | |
| 626.  Rio Tinto | A | Dividend | J | T | Sold (part) | 01/16/13 | J | | |
| 627.  Rio Tinto | | | | | Sold (part) | 03/01/13 | J | | |
| 628.  Rio Tinto | | | | | Sold (part) | 04/03/13 | J | | |
| 629.  Rio Tinto | | | | | Buy (add'l) | 05/22/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. Rio Tinto | | | | | Buy (add'l) | 05/30/13 | J | | |
| 631. Rio Tinto | | | | | Buy (add'l) | 07/23/13 | J | | |
| 632. Rio Tinto | | | | | | 12/19/13 | J | | |
| 633. Royal Dutch Shell | A | Dividend | K | T | Sold (part) | 11/08/13 | J | A | |
| 634. Royal KPN | | | | | Sold | 04/17/12 | J | | See Part VIII |
| 635. Salesforce.com | | None | K | T | Buy | 11/13/13 | K | | |
| 636. Sandisk | A | Dividend | | | Sold | 10/01/13 | J | B | |
| 637. Sanofi | A | Dividend | | | Sold (part) | 03/19/13 | J | A | |
| 638. Sanofi | | | | | Sold (part) | 05/02/13 | J | B | |
| 639. Sanofi | | | | | Sold (part) | 06/26/13 | J | | |
| 640. Sanofi | | | | | Sold (part) | 09/10/13 | J | A | |
| 641. Sanofi | | | | | Sold (part) | 11/29/13 | J | B | |
| 642. Sanofi | | | | | Sold | 12/10/13 | J | A | |
| 643. Schneider Electric | A | Dividend | J | T | Sold (part) | 10/28/13 | J | A | |
| 644. Sempra Energy | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 645. Sempra Energy | | | | | Buy (add'l) | 11/05/13 | J | | |
| 646. Sumitomo Mitsui Financial | A | Dividend | J | T | Sold (part) | 02/15/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647.  Sumitomo Mitsui Financial | | | | | Sold (part) | 03/06/13 | J | A | |
| 648.  Sumitomo Mitsui Financial | | | | | Sold (part) | 04/02/13 | J | | |
| 649.  Sumitomo Mitsui Financial | | | | | Sold (part) | 04/19/13 | J | A | |
| 650.  Sumitomo Mitsui Financial | | | | | Sold (part) | 05/23/13 | J | A | |
| 651.  Sumitomo Mitsui Financial | | | | | Sold (part) | 11/27/13 | J | | |
| 652.  Vertex Pharmaceutical | None | | | | Sold (part) | 04/13/13 | J | | |
| 653.  Vertex Pharmaceutical | | | | | Sold (part) | 04/22/13 | J | A | |
| 654.  Vertex Pharmaceutical | | | | | Sold (part) | 08/27/13 | J | A | |
| 655.  Vertex Pharmaceutical | | | | | Sold (part) | 09/20/13 | J | B | |
| 656.  Vertex Pharmaceutical | | | | | Sold | 11/01/13 | J | B | |
| 657.  Toronto Dominion Bank | A | Dividend | J | T | Buy (add'l) | 11/05/13 | J | | |
| 658.  Total S.A. France | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 659.  Total S.A. Frnce | | | | | Buy (add'l) | 11/05/13 | J | | |
| 660.  Tullow Oil | A | Dividend | | | Buy | 01/15/13 | J | | |
| 661.  Tullow Oil | | | | | Buy (add'l) | 02/15/13 | | | |
| 662.  Unilever | A | Dividend | J | T | Buy (add'l) | 01/29/13 | J | A | |
| 663.  Unilever | | | | | Buy (add'l) | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting

Date of Report

ROSS, ALLYNE R.                                    01/09/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. Unilever | | | | | Sold (part) | 11/01/13 | J | B | |
| 665. Unilever | | | | | Sold (part) | 11/05/13 | J | A | |
| 666. Unilever | | | | | Sold (part) | 11/19/13 | J | A | |
| 667. Union Pacific | A | Dividend | | | Sold | 11/01/13 | J | A | |
| 668. Union Pacific | | | | | Sold (part) | 03/20/12 | J | A | |
| 669. United Health Group | | None | | | Sold | 02/03/12 | J | A | |
| 670. United Technologies | A | Dividend | K | T | | | | | |
| 671. United Technologies | | | | | | | | | |
| 672. United Technologies | | | | | | | | | |
| 673. US Bancorp | A | Dividend | J | T | Sold (part) | 02/16/12 | J | A | |
| 674. Verifone Systems | | None | | | Sold (part) | 02/16/12 | J | A | |
| 675. Verifone Systems | | | | | Sold | 04/20/12 | J | A | |
| 676. Verizon Communications | B | Dividend | K | T | Sold (part) | 03/27/13 | J | A | |
| 677. Verizon Communications | | | | | Buy (add'l) | 06/07/13 | J | | |
| 678. Verizon Communications | | | | | Sold (part) | 11/01/13 | J | C | |
| 679. Verizon Communications | | | | | Sold (part) | 11/05/13 | J | A | |
| 680. VF Corp. | A | Dividend | J | T | Sold (part) | 01/18/13 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

ROSS, ALLYNE R. 01/09/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. VF Corp. | | | | | Buy (add'l) | 06/07/13 | J | | |
| 682. VF Corp. | | | | | Sold (part) | 09/20/13 | J | B | |
| 683. VF Corp. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 684. Wal Mart | A | Dividend | J | T | Buy (add'l) | 06/27/13 | J | | |
| 685. Wal Mart | | | | | Buy (add'l) | 08/12/13 | J | | |
| 686. Wal Mart | | | | | Buy (add'l) | 08/26/13 | J | | |
| 687. Wal Mart | | | | | Sold (part) | 11/01/13 | J | B | |
| 688. Wal Mart | | | | | Sold (part) | 11/05/13 | J | A | |
| 689. LinkedIn Corp. | | None | K | T | Sold (part) | 02/20/13 | J | A | |
| 690. LinkedIn Corp. | | | | | Sold (part) | 03/06/13 | J | A | |
| 691. LinkedIn Corp. | | | | | Sold (part) | 03/27/13 | J | C | |
| 692. LinkedIn Corp. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 693. Whole Foods Market | A | Dividend | J | T | Buy | 04/12/13 | J | | |
| 694. Whole Foods Market | | | | | Sold (part) | 11/01/13 | J | C | |
| 695. Whole Foods Market | | | | | Buy (add'l) | 12/03/13 | J | | |
| 696. Whole Foods Market | | | | | Buy (add'l) | 12/04/13 | J | | |
| 697. Weyerhauser Co. | B | None | J | T | Buy (add'l) | 06/07/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. Weyerhauser Co. | | | | | Buy (add'l) | 11/05/13 | J | | |
| 699. Whole Foods Market | A | Dividend | J | T | Buy | 12/03/13 | J | | |
| 700. Zurich Ins. Group | | None | | | Sold | 02/26/13 | J | A | |
| 701. 3M Co. | A | Dividend | J | T | Buy (add'l) | 06/07/13 | J | | |
| 702. 3M Co, | | | | | Buy (add'l) | 11/05/13 | J | | |
| 703. ishares S & P Mid Cap 400 Index Fund | C | Dividend | N | T | Sold (part) | 11/01/13 | K | C | |
| 704. ishares S & P Small Cap 600 Index Fund | B | Dividend | M | T | Sold (part) | 11/01/13 | K | D | |
| 705. JP Morgan International Value SMA Fund | C | Dividend | M | U | Sold (part) | 07/11/13 | J | A | See Part VIII |
| 706. JP Morgan International Value SMA Fund | | | | | Sold (part) | 11/01/13 | J | A | |
| 707. Oppenheimer Developing Markets Fund | A | Dividend | M | U | Sold (part) | 04/24/13 | J | A | See Part VIIII |
| 708. Oppenheimer Developing Markets Fund | | | | | Sold (part) | 10/28/13 | J | A | |
| 709. Oppenheimer Developing Markets Fund | | | | | Buy (add'l) | 11/04/13 | K | | |
| 710. New York Throuway Bond nat 1/16 | A | Interest | L | T | Buy | 11/19/13 | L | | |
| 711. New YorkThruway Bond mat. 1/22 | C | Interest | L | T | | | | | |
| 712. Hempstead NY Bond | A | Interest | L | T | Buy | 07/15/13 | L | | |
| 713. NY State Dormitory Authority Bond mat. 7/13 | B | Interest | L | | Sold | 07/01/13 | L | | |
| 714. NY State Dormitory Authority Bond mat. 7/19 | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. NY State Dormitory Bond mat. 2/20 | C | Interest | L | T | | | | | |
| 716. Roslyn NY Union Free School District Bond | C | Interest | L | T | | | | | |
| 717. Arlington NY Cent School Bond | C | Interest | L | T | | | | | |
| 718. Onondaga County NY Bond | B | Interest | L | T | | | | | |
| 719. Buffalo NY Bond | C | Interest | L | T | | | | | |
| 720. NYC Muni WTR Fin Authority Bond | C | Interest | L | T | | | | | |
| 721. Massachusetts Bond | C | Interest | L | T | | | | | |
| 722. Saratoga CTY NY Bond | A | Interest | | | Sold | 01/07/13 | L | A | |
| 723. Town of Babylon NY Bond | C | Interest | | | Sold | 11/15/13 | M | | |
| 724. Metropolitan Transity Authority Bond | C | Interest | L | T | | | | | |
| 725. NY Municipal Water Authority Bond | B | Interest | L | T | | | | | |
| 726. Dormitory Auth of NY Bond mat. 7/21 | B | Interest | K | T | | | | | |
| 727. South Huntington NY Bond | A | Interest | | | Sold | 06/01/13 | K | | |
| 728. Garden City NY Bond mat.3/14 | B | Interest | L | T | | | | | |
| 729. Wallkill NY Gent Sch | B | Interest | L | T | | | | | |
| 730. Triborough Bride&Tunnel Authority Bond (2) | C | Interest | L | T | | | | | |
| 731. 34th Street Partnership Bond | C | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

| ROSS, ALLYNE R. | 01/09/2015

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732.  Tampa Florida Bond | C | Interest | L | T | | | | | |
| 733.  Millbrook Golf & Tennis | B | Interest | L | T | Buy | 02/07/13 | L | | |
| 734.  NYC Transit Finance Authority Future | B | Interest | L | T | Buy | 07/12/13 | L | | |
| 735.  Indiana Bond | B | Interest | L | T | | | | | |
| 736. | | | | | | | | | |
| 737. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 48 of 49

Name of Person Reporting

ROSS, ALLYNE R.

Date of Report

01/09/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, p. 6, l. 40 (Telstra) -- sale omitted from last year's report due to inadvertence..

Part VII, p. 7, l. 58 (American International Group) -- purchase omitted from year's report due to inadvertence.

Part VII, p. 24, l. 343 (Time Warner) -- This asset was included in last year's report due to inadvertence. It was sold on March 10, 2011 , value code J, gain code C..

Part VII, p. 27, l. 399 (Kohls) -- This asset was mistakenly reported last year as part sold. In fact all of it was sold.

Part VII, p. 29, l. 437 (Trishield Special Situations Fund) -- Formerly Trisheld Distressed Securities Fund.

Part VII, p. 41, l. 631 (Royal KPN) -- Mistakenly reported as part sold on last year's reort. In fact was sold.

Part VII, p. 8, l..85, p. 9, lines 92-93, 95-96 and 101-102, p. 29, l. 437, and p. 45, l. 702 and 704: With respect to your inquiry, all of the assests to which you refer are registered mutual funds. They are not traded on a stock exchange or other public secondary market. Therefore there is no published market price. The only available price is net assest value, which is the same as book value. Accordingly, "U" is the correct value method code, and I have not made the change that you requested.

Part VII, pages 9, 10, and 45, lines 86, 93, 94, 96, 97, 102, 103, 705, and 707 : In my judgment, your assertion that "T" would more accurately reflect the value of mutual funds in incorrect. In fact, as I have previously explained in prior correspondence with the Committee, no secondary market for publicly trading mutual funds shares exists. The price of all mutual fund shares is stated in terms of net asset value, which is synonymous with book value. Since I therefore believe that book value is the appropriate and, in fact, only available valuation method for mutual funds, I have not made the requested change from code "U" to code "T". I recognize that my analysis is not consistent with the relevant instructions, but I trust that you will appreciate that I am unwilling to make an entry on the form which I believe to be incorrect. The other changes that you requested have been made.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ALLYNE R. ROSS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544